Timothy MILLER, Appellant,

v.

Michele MILLER, Respondent.

No. ED 83258.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 18, 2004.

Susan Hais, Clayton, MO, for appellant.

Allan Stewart, Frank Curtis (co-counsel), Clayton, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Timothy Miller appeals the judgment denying his Rule 74.06(b) motion to set aside a portion of a dissolution decree.

We have reviewed the parties' briefs and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).